UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

'07 NOV 27 P 4 :20

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LESLIE AGUIRRE,

    Defendant.

Case No. 07-CR 07 CR 299
[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about September 11, 2007, in the Eastern District of Wisconsin,

**LESLIE AGUIRRE,**

in connection with the acquisition of firearms from Badger Outdoors, 2339 South 43rd Street, Milwaukee, Wisconsin, a federally licensed firearms dealer, knowingly did make a false and fictitious written statement intended and likely to deceive Badger Outdoors, as to a fact material to the lawfulness of the sale and disposition of such firearms under the provisions of Chapter 44 of Title 18, United States Code.

2. In particular, in connection with the purchase of the firearms listed in paragraph three (3) below, Leslie Aguirre falsely stated on the Firearms Transaction Record (ATF Form 4473) that she was the actual buyer of the firearms when, in fact, as Aguirre well knew, she was purchasing the firearms for someone else.

3. The firearms are described as a Taurus, model PT22, .22 caliber pistol, bearing serial number AVD12323, and a Cobra, model CA380, .380 caliber pistol, bearing serial number CP034715.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

FOREPERSON
Date: 11-27-07

STEVEN M. BISKUPIC
United States Attorney

2